IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN VINCENT MUNIS,                     No. C-09-5453 TEH (PR)

        Petitioner,

    v.                                       ORDER OF TRANSFER

C. NOLL, Warden,

        Respondent.
_____/

        Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Stanislaus, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at the Correctional Training Facility in Soledad, County of Monterey, which lies within the venue of this judicial district. See id. § 84(a).

        Venue in a habeas action is proper in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L. R. 2254-3(a);

1 <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 768 (N.D. Cal. 1993).

2 Because the County of Stanislaus lies within the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas Local Rule 2254-3(b) and in the interest of justice, the Court orders this Petition TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED   11/23/09

**THELTON E. HENDERSON**
United States District Judge

G:\PRO-SE\TEH\HC.09\Munis-09-5453-habeas-transfer-caed.wpd

2