1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  EDWIN VINCENT MUNIS,                    1:09-cv-02090-LJO-DLB (HC)

10                     Petitioner,          ORDER DISREGARDING MEMORANDUM
                                            OF POINTS AND AUTHORITIES IN
11      v.                                  SUPPORT OF DISMISSED PETITION FOR
                                            WRIT OF HABEAS CORPUS
12
     C. NOLL, Warden                        [Doc. 14]
13
                        Respondent.
14  _____/

15
16         On February 22, 2010, the Court dismissed the instant petition for writ of habeas corpus

17  filed pursuant to 28 U.S.C. § 2254, without prejudice for failure to exhaust the state court

    remedies.
18
           On February 25, 2011, one year later, Petitioner filed a document entitled "Memorandum
19
    of Points and Authorities in Support of Dismissed Petition for Writ of Habeas Corpus Without
20
    Prejudice to Re-Filing After the Exhaustion of State Judicial Remedies to January 4, 2010."  ECF
21
    Doc. 14.
22
           Petitioner is advised that because the instant case was dismissed on February 22, 2010, no
23
    further relief is available in this action.  Accordingly, Petitioner's memorandum of points and
24
    authorities is HEREBY DISREGARDED.
25
           IT IS SO ORDERED.
26
    **Dated:**   __July 5, 2012__          _____/s/ Lawrence J. O'Neill_____
27                                         UNITED STATES DISTRICT JUDGE
28