# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VINCENT MUNIS, | 1:09-cv-02090-LJO-DLB (HC) |
| Petitioner, | ORDER DISREGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISMISSED PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| C. NOLL, Warden | [Doc. 14] |
| Respondent. | |

On February 22, 2010, the Court dismissed the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, without prejudice for failure to exhaust the state court remedies.

On February 25, 2011, one year later, Petitioner filed a document entitled "Memorandum of Points and Authorities in Support of Dismissed Petition for Writ of Habeas Corpus Without Prejudice to Re-Filing After the Exhaustion of State Judicial Remedies to January 4, 2010." ECF Doc. 14.

Petitioner is advised that because the instant case was dismissed on February 22, 2010, no further relief is available in this action. Accordingly, Petitioner's memorandum of points and authorities is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:**   July 5, 2012                    /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE