# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VINCENT MUNIS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>C. NOLL, Warden<br><br>　　　　　　Respondent. | 1:09-cv-02090-LJO-DLB (HC)<br><br>ORDER DISREGARDING PETITIONER'S "REPLY TO THIS COURT'S PREMATURE CLOSING OF HABEAS REVIEW"<br><br>[Doc. 17] |

On February 22, 2010, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed without prejudice for failure to exhaust the state judicial remedies, and judgment was entered on February 23, 2010.

On February 25, 2011, Petitioner filed a memorandum of points and authorities in support of the dismissed petition for writ of habeas corpus.  ECF No. 14.  On July 5, 2012, the Court issued an order disregarding the memorandum of points and authorities since the action was dismissed and no further relief was available.

On August 10, 2012, the United States Court of Appeal for the Ninth Circuit denied Petitioner's petition for writ of mandamus.

On September 6, 2012, Petitioner filed a "reply to this Court[']s Premature Closing of Habeas Review." ECF No. 17.  In the current filing, Petitioner appears to argue that because the action was dismissed without prejudice, he is entitled to further relief in this action.  Petitioner is advised that no relief is available by way of the instant action as it has been dismissed, and to the extent further relief is sought he must file a new petition for writ of habeas corpus.[1]  IT IS SO ORDERED.

**Dated:   September 11, 2012**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] By this statement, the Court makes no legal ruling whatsoever as to whether relief by way of a new petition for writ of habeas corpus is actually available.

1